# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CINDY MARIE SELZER,**

      **Plaintiff,**

**v.**                                                                                      Case No:   6:13-cv-663-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **DEFENDANT'S MOTION TO REOPEN AND AFFIRM FINAL DECISION (Doc. No. 11)**
>
> **FILED:**   **March 27, 2015**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On July 12, 2013, the case was remanded to the Commissioner of Social Security (the "Commissioner") pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings.  Doc. Nos. 9; 10.  On March 27, 2015, the Commissioner filed a Motion to Reopen and Affirm Final Decision (the "Motion").  Doc. No. 11.  Attached to the Motion is the Commissioner's favorable final decision of December 22, 2014, finding Plaintiff disabled from October 18, 2012.  Doc. No. 11-1 at 5-14.  The Motion is unopposed.  Doc. No. 11 at 1.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. No. 11) be **GRANTED**;

2. The final decision of the Commissioner finding Plaintiff disabled from October 18, 2012 be **AFFIRMED**; and

3. The Clerk be directed to enter judgment affirming the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.  **If the parties have no objection to this Report and Recommendation, they may promptly file a joint notice of no objection in order to expedite the final disposition of this case.**

Recommended in Orlando, Florida on April 1, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy