**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CINDY MARIE SELZER,**

      **Plaintiff,**

**v.**                                                                                           **Case No:   6:13-cv-663-Orl-31GJK**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion to Reopen and Affirm Final Decision (Doc. No. 11) filed March 27, 2015.

On April 1, 2015, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motion be granted.   The motion is unopposed.   Therefore, it is

**ORDERED** as follows:

1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.   Defendant's Motion to Reopen and Affirm Final Decision is **GRANTED**.

3.   The decision of the Commissioner of Social Security is **AFFIRMED**.

4.   The Clerk is directed to enter judgment and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 27, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party